JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAMONTE WILLIAMS, | ) Case No. CV 17-1638-DOC (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| WARDEN, | ) |
| Defendant. | ) |

Under the Order Dismissing Complaint for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 2, 2017

_/s/ David O. Carter_
DAVID O. CARTER
U.S. DISTRICT JUDGE